LEXINGTON LAW FIRM  
John C. Heath, Esq., #8975  
Attorney for Plaintiff  
P.O. Box 1173  
Salt Lake City, Utah 84151  
Telephone: (801) 297-2480  
Facsimile: (801) 297-2511  

IN UNITED STATES DISTRICT COURT  
DISTRICT OF UTAH

| | |
|---|---|
| ROBERT D. ELLIS,<br><br>        Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation,<br><br>        Defendant. | **CERTIFICATE OF SERVICE**<br><br>Civil No: 2:07-cv-00126 DB<br>Judge: Dee Benson |

    I HEREBY CERTIFY that the Plaintiff's Supplemented Responsse to defendant E xperian Information Solutions,inc.'s First Set of Interrogatories to Plaintiff was served this 26th day of June, 2009 by via United States mail, first class postage prepaid, addressed to:

Paula Quist  
Jones Day (IL)  
77 W Wacker Drive  
Chicago, IL 60601-1692  

1

Evan S. Strassberg
Young, Hoffman, Strassberg & Ensor LLP
170 S. Main Street Ste 1125
Salt Lake City, Utah 84101-1605

                                                                                   s/ John C. Heath
                                                                                    John C. Heath, Esq.
                                                                                    Attorney for Plaintiff