LEXINGTON LAW FIRM
John C. Heath, Esq., #8975
Attorney for Plaintiff
P.O. Box 1173
Salt Lake City, Utah 84151
Telephone: (801) 297-2480
Facsimile: (801) 297-2511

IN UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | | |
|---|---|---|
| ROBERT D. ELLIS, | : | JOINT MOTION TO AMEND |
| | : | SCHEDULING ORDER |
| Plaintiff, | : | |
| | : | |
| vs. | : | Civil No: 2:07CV00126DB |
| | : | Judge: Dee Benson |
| EXPERIAN INFORMATION SOLUTIONS | : | |
| INC., an Ohio corporation, | : | |
| | : | |
| Defendant. | : | |

COME NOW, the Plaintiff, Robert Ellis, by and through his attorney John C. Heath of Lexington Law Firm and Defendant, Experian Information Solutions Inc., by and through its attorney, Paula S. Quist of Jones Day and hereby move the Court, pursuant to Rules 7 and 26 of the Federal Rules of Civil Procedure, to amend its February 25, 2008 Scheduling Order on the basis that the parties need additional time in which to complete fact discovery.

1

DATED this 4th day of December, 2009.

| JONES DAY | LEXINGTON LAW FIRM |
|---|---|
| /s/ Paula S. Quist | /s/ John C. Heath |
| PAULA S. QUIST | JOHN C. HEATH |
| Attorney for Defendant | Attorney for Plaintiff |

2