FILED
U.S. DISTRICT COURT

2009 DEC -7 P 2:22

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

LEXINGTON LAW FIRM
John C. Heath, Esq., #8975
Attorney for Plaintiff
P.O. Box 1173
Salt Lake City, Utah 84151
Telephone: (801) 297-2480
Facsimile: (801) 297-2511

---

IN UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

---

| | |
|---|---|
| ROBERT D. ELLIS, :<br><br>    Plaintiff, :<br><br>vs. :<br><br>EXPERIAN INFORMATION SOLUTIONS :<br>INC., an Ohio corporation, :<br><br>    Defendant. : | **AMENDED**<br>**SCHEDULING ORDER**<br><br>Civil No: 2:07CV00126DB<br>Judge: Dee Benson |

---

  Pursuant to Fed.R. Civ P. 16(b), the Magistrate Judge received the Attorneys' Planning Report filed by counsel. The following matters are scheduled. The times and deadlines set forth herein may not be modified without the approval of the Court and on a showing of good cause.

1.   **PRELIMINARY MATTERS**                **DATE**
    Nature of claims and any affirmative defenses:

  a. Was Rule 26(f)(1) Conference held?           <u>05/22/07</u>
  b. Has Attorney Planning Meeting Form been submitted?   <u>06/11/07</u>
  c. Date for completion of 26(a)(1) initial disclosure      <u>06/12/07</u>

2.   **DISCOVERY LIMITATIONS**               **NUMBER**
  a. Maximum Number of Depositions by Plaintiff(s)     <u>10</u>

1

|   |   |   |   |
|---|---|---|---|
| | b. | Maximum Number of Depositions by Defendant(s) | <u>10</u> |
| | c. | Maximum Number of Hours for Each Deposition (unless extended by agreement of parties) | <u>7</u> |
| | d. | Maximum Interrogatories by any Party to any Party | <u>25</u> |
| | e. | Maximum requests for admissions by any Party to any Party | <u>50</u> |
| | f. | Maximum requests for production by any Party to any Party | <u>50</u> |
| 3. | | **AMENDMENT OF PLEADINGS/ADDING PARTIES** | **DATE** |
| | a. | Last Day to File Motion to Amend Pleadings | <u>03/10/08</u> |
| | b. | Last Day to File Motion to Add Parties | <u>03/10/08</u> |
| 4. | | **RULE 26(a)(2) REPORTS FROM EXPERTS** | **DATE** |
| | a. | Plaintiff | <u>04/02/10</u> |
| | b. | Defendant | <u>04/30/10</u> |
| | c. | Counter reports | <u>05/28/10</u> |
| 5. | | **OTHER DEADLINES** | **DATE** |
| | a. | Discovery to be completed by: | |
| | | Fact discovery | <u>03/05/10</u> |
| | | Expert discovery | <u>06/18/10</u> |
| | b. | Deadline for filing dispositive or potentially dispositive motions | <u>07/19/10</u> |
| 6. | | **SETTLEMENT/ALTERNATIVE DISPUTE RESOLUTION** | **DATE** |
| | a. | Referral to Court-Annexed Mediation: | *Yes/No* |
| | b. | Referral to Court-Annexed Arbitration | *Yes/No* |
| | c. | Evaluate case for Settlement/ADR on | |
| | d. | Settlement probability: | Unknown |

|   |   |   | TIME | DATE |
|---|---|---|---|---|
| 7. | | **TRIAL AND PREPARATION FOR TRIAL** | | |
| | a. | i. Bench Trial | *3 days* | <u>Late October 2010</u> |

2

Dated this 7th day of December, 2009.

BY THE COURT:

_/s/ Dee Benson_